JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

DANIEL ISRAEL VARGAS-VELASQUEZ,

              Petitioner,

              v.

MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security, et al,

              Respondents.

Case No. 5:26-cv-02657-DTB

**J U D G M E N T**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDED that the Petition is granted and a writ shall be issued requiring Respondents to immediately release Petitioner from custody, and return all of his property confiscated from him during processing into detention.  Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from re-detaining Petitioner without notice and a pre-detention hearing before a neutral arbiter at which the government bears the burden of proving that Petitioner is a flight risk or danger to the community.  Respondents shall file a status report within two (2) business days

1

to confirm that Petitioner has been released from custody pursuant to the Order Granting Petition for Writ of Habeas Corpus.

DATED: May 29, 2026

_____

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE